IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| MATTHEW WALLACE,<br><br>     Plaintiff,<br><br>v.<br><br>JASON REAGAN,<br><br>     Consol Plaintiff,<br><br>v.<br><br>DWIGHT H. EGAN, REED L. BENSON, BRENT SATTERFIELD, EUGENE DURENARD, EDWARD L. MURPHY, JAMES NELSON, RICHARD S. SERBIN, and CO-DIAGNOSTICS,<br><br>     Defendants. | **ORDER OF DISMISSAL**<br><br>Case No. 2:20-cv-00836-JNP-CMR<br><br>District Judge Jill N. Parrish |

Given the parties' stipulated dismissal of this action without prejudice, this action is now DISMISSED WITHOUT PREJUDICE. The stipulated motion to dismiss, ECF No. 65, is DENIED AS MOOT.

Signed August 5, 2025.

BY THE COURT

Jill N. Parrish
United States District Court Judge